[No. 11696.    Department One.    October 9, 1914.]

ALASKA COAST COMPANY, *Appellant.* v. ALASKA BARGE COMPANY, *Respondent.*[1]

Appeal from a judgment of the superior court for King county, Tallman, J., entered September 4, 1913, dismissing an action for breach of contract, after a trial on the merits to the court. Reversed.

*Richard Saxe Jones,* for appellant.
*William H. Gorham,* for respondent.

ON PETITION FOR REHEARING.

PER CURIAM.—In the opinion heretofore filed in this case we said: "The case will be remanded, with directions to the trial court to ascertain the damage and enter judgment for the amount thereof." 79 Wash. 216, 140 Pac. 334. A petition for a modification of the judgment in this respect, together with an answer, are now on file in this court. Upon a mature consideration, we have concluded to modify this statement so as to read: The case will be remanded with directions to the trial court to enter a judgment in favor of the appellant for the sum of $5,642.89, with interest at the legal rate from October 1, 1911.

[1]Reported in 143 Pac. 461.